UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JESUS M. PEÑA

v.                    CIVIL NO. 98-2420 (RLA)

ALMACENES TOPITUKA, INC.

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 9/15/99   Docket # 11<br><br>[X] Dft.<br><br>Title: MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED TRANSLATIONS | GRANTED until October 15, 1999. |

| MOTION | RULING |
|---|---|
| Date Filed: 9/15/99   Docket # 12<br><br>[X] Dft.<br><br>Title: NOTICE OF SERVICE OF MOTION | NOTED. The opposition shall be noticed by September 30, 1999. |

September 17, 1999          RAYMOND L. ACOSTA
     Date                   U.S. District Judge

Rec'd:          EOD:

By: ho          # 13