## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

JESUS M. PEÑA

     **V.**                     **CIVIL NO. 98-2420(RLA)**

ALMACENES TOPITUKA, INC.

RECEIVED & FILED
1999 OCT 15  AM 11: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

### O R D E R

| MOTION | RULING |
| --- | --- |
| **Date Filed:** 10/5/99    **Docket # 14** | **GRANTED until November 5, 1999** to file the dispositive motion package. |

[X] Joint

**Title:** JOINT MOTION
REQUESTING EXTENSION OF TIME

| MOTION | RULING |
| --- | --- |
| **Date Filed:** 10/6/99    **Docket # 15** | NOTED. |

[X] Dft.

**Title:** MOTION SUBMITTING
CERTIFIED TRANSLATIONS

October **14** , 1999
**Date**

        By _____
               **RAYMOND L. ACOSTA**
             **U.S. District Judge**

| Rec'd: | EOD: |
| --- | --- |
| By | # 16 |

2