UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JESUS M. PEÑA

v.   CIVIL NO. 98-2420 (RLA)

ALMACENES TOPITUKA, INC.

## O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 10/27/99   **Docket #** 17<br><br>[X] Plff.<br><br>**Title:** MOTION REQUESTING EXTENSION OF TIME | GRANTED. Accordingly, the parties shall abide by the following deadlines:<br><br>11/30/99 - plaintiff's opposition<br>12/15/99 - defendant's reply<br>12/31/99 - plaintiff's sur-reply<br>1/10/2000 - filing of dispositive motion |

November 4, 1999
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:            EOD:

By: # 18