IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 JAN -4 PM 3 18
CLERK'S OFFICE
U S. DISTRICT COURT
SAN JUAN P R

JESUS M. PEÑA,

    Plaintiff,

v.    CIVIL NO. 98-2420 (RLA)

ALMACENES TOPITUKA, INC.,

    Defendant.

### FINAL JUDGMENT

The Notice of Voluntary Dismissal filed by the parties on December 22, 1999 (docket No. **19**) is hereby **GRANTED**.

Accordingly, it is hereby ORDERED AND ADJUDGED that the parties shall be bound by the terms and conditions of their Settlement Agreement,[1] filed <u>under seal</u> on December 22, 1999 (docket No. **21**), which are incorporated herein in *extenso*.

It is further ORDERED AND ADJUDGED that the complaint filed in this case be and the same is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs, expenses and fees.

It is further ORDERED AND ADJUDGED that this judgment shall become FINAL and UNAPPEALABLE since its entry on docket.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 3rd day of January, 2000.

                              RAYMOND L. ACOSTA
                            United States District Judge

---

[1] The Motion for Filing Settlement Agreement under Seal, filed on December 22, 1999 (docket No. **20**) is **GRANTED**.

AO 72
(Rev 8/82)